IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DAVID CRAWLEY,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:19cv00613 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **JUDGE GERALD MABE, et al.,** | ) | By: Michael F. Urbanski |
| Defendants. | ) | Chief United States District Judge |

Plaintiff David Crawley, a former inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. After filing this action, Crawley advised the court that he had been released from incarceration. See ECF No. 10. By order entered May 7, 2020, the court advised Crawley that because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. See ECF No. 11. The court ordered Crawley to pay the balance of the filing fee or otherwise respond to the order within ten days. Id. The court warned Crawley that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. Id. Crawley did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply. The court notes that this dismissal is without prejudice to Crawley's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTER**: This 27th day of May, 2020.

Michael F. Urbanski
Chief United States District Judge